IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                               CHAPTER 13:

EARNESTINE BRADY KENNEDY                          CASE NO. 11-03885-EE

## NOTICE OF MOTION FOR AN ORDER DECLARING STATE FARM BANK 1322(B)(5) CLAIM DEFAULTS CURED PURSUANT TO THE PROOF OF CLAIM FILED ON NOVEMBER 30, 2011

YOU ARE HEREBY NOTIFIED that a written response on the attached Trustee's Motion Declaring Claim Defaults Cured (Docket # 43) must be filed with the Clerk, U.S. Bankruptcy Court, 501 East Court Street, Suite 2.300, Jackson, MS 39201; with a copy to the undersigned Chapter 13 Trustee, James L. Henley, Jr., P.O. Box 31980, Jackson, MS 39286; on or before twenty-one (21) days from the date of this Notice.

If no objection is timely filed, the Court may enter an Order Declaring Mortgage and Arrearage Claim Paid via the Plan Current. In the event a written response is filed, the Court will notify you of the date, time, and place of the hearing thereon.

DATED: October 26, 2016

Respectfully submitted,

/s/ James L. Henley, Jr.
JAMES L. HENLEY, JR., #9909
CHAPTER 13 TRUSTEE
P. O. Box 31980
Jackson, MS 39286-1980
Ofc: (601) 981-9100
Fax: (601) 981-9888
jlhenley@jlhenleych13.net

## CERTIFICATE OF SERVICE

I, James L. Henley, Jr., do hereby certify that I have this day submitted a true and correct copy of the above and foregoing Notice of Motion to Declare Current to the following, all by electronic, ECF filing, to: Ron McAlpin, Asst. U. S. Trustee, USTPRegion05.JA.ECF@usdoj.gov, 501 E. Court Street, Suite 6.430, Jackson, MS 39201, and

Tracy Stidham Steen, Esq.
tsteen@steenlaw.net

State Farm Bank
ATTN: BCC Bankruptcy
P O Box 2328
Bloomington, IL 61702-2328

Earnestine Brady Kennedy
176 Ramada Circle
Jackson, MS  39212


DATED: October 26, 2016         /s/ James L. Henley, Jr.
                                James L. Henley, Jr.