IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

Debtor: **EARNESTINE BRADY KENNEDY**      Case No.:     **11-03885-EE**

Chapter 13

## Notice of Final Cure Payment

Pursuant to Fed. Bankr. Rule 3002.1(f) the Trustee files notice that the amount required to cure the default in the below claim has been paid in full.

**Name of Creditor**: **STATE FARM BANK**
**Court Claim Register No.: 4-1**

**Last four digits** of any number used to identify the Debtor's account: **2869**

| Final Cure Amount | |
|---|---:|
| Amount of Pre-Petition Arrears | $18.50 |
| Amount Paid By Trustee | $18.50 |

| Monthly Ongoing Mortgage Payment | |
|---|---|
| Mortgage is Paid: | |
| **XX**  Through the Chapter 13 conduit | Direct by the Debtor(s) |

Within 21 days of the service of the Notice, the creditor must file and serve same on the Debtor, Debtor's counsel and the Trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the Debtor has paid in full the amount required to cure the default and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the Debtor is otherwise current on all payment or be subject to further actions of the Court, including possible sanctions.

DATED: October 26, 2016            /s/ James L. Henley, Jr.
                                                          James L. Henley, Jr., MSB # 9909
                                                          CHAPTER 13 TRUSTEE
                                                          P. O. Box 31980
                                                          Jackson, MS  39286-1980
                                                          Ofc: (601) 981-9100
                                                          Fax: (601) 981-9888
                                                          jlhenley@jlhenleych13.net

## CERTIFICATE OF SERVICE

I, James L. Henley, Jr., do hereby certify that I have this day submitted a true and correct copy of the above and foregoing Motion to the following, all by electronic, ECF filing, to: Ron McAlpin, Asst. U. S. Trustee, USTPRegion05.JA.ECF@usdoj.gov, 501 E. Court Street, Suite 6.430, Jackson, MS 39201, and

Tracy Stidham Steen, Esq.
tsteen@steenlaw.net

State Farm Bank
ATTN: BCC Bankruptcy
P O Box 2328
Bloomington, IL 61702-2328

Earnestine Brady Kennedy
176 Ramada Circle
Jackson, MS  39212

DATED: October 26, 2016          /s/ James L. Henley, Jr.
                                  James L. Henley, Jr., MSB # 9909
                                  CHAPTER 13 TRUSTEE
                                  P. O. Box 31980
                                  Jackson, MS  39286-1980
                                  Ofc: (601) 981-9100
                                  Fax: (601) 981-9888
                                  jlhenley@jlhenleych13.net