_____

          **SO ORDERED,**

*Edward Ellington*

**Judge Edward Ellington**
**United States Bankruptcy Judge**
**Date Signed: November 22, 2016**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:**                                       **CHAPTER 13:**

**EARNESTINE BRADY KENNEDY**                **CASE NO. 11-03885-EE**

### ORDER DECLARING MORTGAGE AND ARREARAGE CLAIMS OF STATE FARM BANK PAID VIA THE PLAN AS CURRENT AS OF THE COMPLETION OF THE PLAN

**THIS MATTER** came before the Court on Trustee's Motion Declaring mortgage and or arrearage claim filed by State Farm Bank current upon the completion of the plan (Docket #42). Thus, having fully considered the matter and finding no response filed, the Court does hereby find that the Debtor's mortgage payments via the plan and arrearage balances paid via the plan were all paid as required by the plan and the creditor's proof of claim filed in the case.

**IT IS THEREFORE, ORDERED AND ADJUDGED** that the Trustee's Motion is hereby granted. The Debtor's mortgage balance is current as of September 2016 (plus any additional payments necessitated due to a later closing of the Chapter 13 estate) and all arrearage amounts due have been satisfied and all defaults have been cured.

*##END OF ORDER##*

SUBMITTED BY:

/s/ James L. Henley, Jr.
JAMES L. HENLEY, JR., MSB# 9909
CHAPTER 13 TRUSTEE
P. O. Box 31980
Jackson, MS 39286-1980
Ofc: (601) 981-9100
Fax: (601) 981-9888
jlhenley@jlhenleych13.net